# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNNY L. SMITH

NO. 2019 KW 0804

**OCT 1 8 2019**

In Re: Johnny L. Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-16-0332.

BEFORE: McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** The record of the Clerk of Court of East Baton Rouge Parish shows the district court is proceeding toward disposition of relator's application for postconviction relief.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT